# Court of Appeals
# of the State of Georgia

ATLANTA,  February 15, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1272.  BYESS v. THE STATE.**

Heath Eugene Byess was tried by a jury, convicted of numerous felonies, then denied a new trial.  He filed a notice of appeal, and this appeal was docketed. Thereafter, on February 11, 2019, Benjamin Lanier Bagwell, Esq. filed in this Court a motion seeking permission to withdraw as counsel of record for Appellant Byess, and further requesting that this Court appoint the Public Defender of Cherokee County as Appellant's counsel.

Upon consideration of the foregoing, and this Court being without the jurisdiction and authority to appoint counsel, this appeal is hereby REMANDED with direction for the trial court to determine whether Appellant Byess is entitled to the appointment of counsel for purposes of an appeal, and to rule upon the issues raised by the motion.  See generally *Pierce v. State*, 289 Ga. 893, 894 (1) (717 SE2d 202) (2011) ("An indigent defendant is entitled to representation by counsel . . . for trial and for the direct appeal from the judgment of conviction and sentence.") (citation and punctuation omitted); *Gibson v. Turpin*, 270 Ga. 855, 857 (1) (513 SE2d 186) (1999) ("[T]he state is required to provide counsel to indigent defendants for their trial, and for their first appeal as a matter of right.") (citations omitted.)  Upon decision by the trial court with respect to counsel for Appellant Byess, this case may be transmitted back to this Court for re-docketing.

The motion filed by Benjamin Lanier Bagwell, Esq. is thus DISMISSED AS MOOT.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  02/15/2019*
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*